IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THOMAS D. BAILEY, III    PLAINTIFF

v.    Civil No. 6:19-CV-06095

ADAM K. CLARK, *et. al.*    DEFENDANTS

## **ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Plaintiff has filed a Motion to Voluntarily Dismiss this case without prejudice. (ECF No. 8). Defendants have not yet been served.

The Clerk is directed to treat this as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

IT IS SO ORDERED this 11th day of September 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE